UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                    CASE NO: 2:14-cr-83-FtM-38DNF

JOSE GABRIEL GARCIA-MARTINEZ

### ORDER

This matter comes before the Court on a Stipulation Regarding Resentencing (Doc. #61) filed on February 7, 2017. Counsel for the Defendant moves the court to re-sentence the Defendant to time served in absentia, followed by 36 months supervised release. The Government does not object to the relief requested.

As a matter of background, the defendant was originally sentenced on December 19, 2014, to 36 months imprisonment followed by 36 months of supervised release. On January 11, 2017, the Eleventh Circuit reversed the sentence. The appellate mandate was issued on February 1, 2017.

The Court, having received the Mandate, scheduled a sentencing hearing for February 27, 2017. The defendant has served approximately 29 months and is scheduled for release on March 17, 2017. However, the parties have stipulated that given the amount of time the Defendant has already served, an amended judgment is appropriate to reflect a sentence of time served, followed by 36 months supervised release. The Court agrees and will grant the stipulation as outlined below. As such, the Defendant does not request a resentencing hearing and waives his right to be present at such a hearing.

Accordingly, it is now

**ORDERED:**

The Stipulation Regarding Resentencing (Doc. #61) is **GRANTED**. The Clerk is directed to issue an amended judgment to reflect a time served sentence followed by 36 months supervised release. All other previously imposed conditions of supervised release shall be re-imposed. The clerk is further directed to cancel the re-sentencing hearing currently set for February 27, 2017 at 3:00 PM.

**DONE AND ORDERED** at Fort Myers, Florida, this February 8, 2017.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record